

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JAMES ANDREW LIVINGSTON** | **CASE NO.:  21-51005 KMS** |

## ORDER DISMISSING CASE

**THIS MATTER** came on for consideration on Motion *Ore Tenus* of the Chapter 13 Trustee to dismiss Debtor's bankruptcy case, and the Court having considered the matter and being advised that the Debtor has failed to comply with the terms of this Court's Amended Agreed Order Denying Trustee's Motion To Dismiss for Non-Payment (Dkt. 81), orders and adjudicates as follows:

**IT IS THEREFORE ORDERED** that based upon the Debtor's failure to comply with this Court's Amended Agreed Order Denying Trustee's Motion To Dismiss for Non-Payment (Dkt. 81), Debtor's bankruptcy case is hereby dismissed.

##END OF ORDER##

Order Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531