

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JAMES ANDREW LIVINGSTON | CASE NO:  21-51005 KMS |

### ORDER RELEASING EARNINGS OF DEBTOR

**THE ORDER (Dkt. 80)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##