United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-51005-KMS |
| James Andrew Livingston | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Apr 16, 2025 | Form ID: ntcdsm | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Andrew Livingston, 4719 Gibson Rd Unit B, Ocean Springs, MS 39564-6009 |
| 5033557 | + | 1st Franklin Financial, 3189 Highway 45, Columbus, MS 39705-1251 |
| 5033561 | + | Ascend, P.O. Box 51751, Los Angeles, CA 90051-6051 |
| 5033562 | + | Balance Credit, 180 N Wacker Dr, Ste 300, Chicago, IL 60606-1603 |
| 5041758 | #+ | Eric C. Miller, Esq., LOGS Legal Group LLP, Attorneys for PHH Mortgage Corporation, 1080 River Oaks Drive, Suite B-202, Flowood MS 39232-7603 |
| 5033572 | + | Integra Credit, 200 W Jackson Blvd, Ste 500, Chicago, IL 60606-6949 |
| 5033578 | + | Ocwen Loan Servicing, PO Box 6440, Carol Stream, IL 60197-6440 |
| 5033588 | | True Accord, 53 Maiden Lane, 3rd Floor, San Francisco, CA 94108 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2025 19:43:00 | U.S. Bank National Association, not in its individ, PO Box 619096, Dallas, TX 75261-9096 |
| cr | + | EDI: AISACG.COM | Apr 16 2025 23:40:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5044075 | + | Email/Text: bankruptcy@1ffc.com | Apr 16 2025 19:44:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5033558 | + | Email/Text: bnc@teampurpose.com | Apr 16 2025 19:43:00 | Advance America, 507-4 18th Ave N, Columbus, MS 39705-2245 |
| 5033559 | + | Email/Text: bnc@teampurpose.com | Apr 16 2025 19:43:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5033560 | + | Email/Text: bankruptcy@af247.com | Apr 16 2025 19:44:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5059184 | + | Email/Text: bncmail@w-legal.com | Apr 16 2025 19:43:00 | Advance Financial Administration, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5045321 | + | EDI: TCISOLUTIONS.COM | Apr 16 2025 23:40:00 | Bank of Missouri, Vervent, 2700 S Lorriane Place, Sioux Falls SD 57106-3657 |
| 5033565 | | Email/Text: bankruptcy@creditfresh.com | Apr 16 2025 19:43:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5033566 | | Email/Text: bankruptcy_filings@creditninja.com | Apr 16 2025 19:43:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5033563 | + | EDI: CAPITALONE.COM | Apr 16 2025 23:40:00 | Capital One, Po Box 31293, Salt Lake City, UT |

| District/off: 0538-6 | | User: mssbad | | Page 2 of 4 |
|---|---|---|---|---|
| Date Rcvd: Apr 16, 2025 | | Form ID: ntcdsm | | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 5054133 | + | EDI: AIS.COM | Apr 16 2025 23:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5033564 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 16 2025 19:43:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5033567 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2025 19:43:20 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5281800 | ^ | MEBN | Apr 16 2025 19:39:00 | Elizabeth Crowell Price, Esq., Dean Morris, LLC, for U.S. Bank N.A. as Trustee, 1820 Avenue of America, Monroe LA 71201-4530 |
| 5033570 | | Email/Text: BNSFS@capitalsvcs.com | Apr 16 2025 19:43:00 | First Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 5033568 | + | Email/Text: bankruptcy@curo.com | Apr 16 2025 19:44:00 | First Heritage Credit, 513 18th Avenue North, Columbus, MS 39705-2201 |
| 5040935 | + | Email/Text: bankruptcy@curo.com | Apr 16 2025 19:44:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 513 18th Ave North Ste 3, Columbus, MS 39705-2201 |
| 5033569 | + | EDI: AMINFOFP.COM | Apr 16 2025 23:40:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5033571 | + | EDI: PHINGENESIS | Apr 16 2025 23:41:00 | Genesis FS Card Servic, P.O. Box 23026, Columbus, GA 31902-3026 |
| 5056404 | + | Email/Text: bankruptcy@towerloan.com | Apr 16 2025 19:43:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5055055 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 19:43:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5033573 | + | Email/Text: mail@ldf-holdings.com | Apr 16 2025 19:43:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5033574 | + | Email/Text: ZenResolve@ebn.phinsolutions.com | Apr 16 2025 19:43:00 | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5033575 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2025 19:43:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5033576 | + | EDI: PHINGENESIS | Apr 16 2025 23:41:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5033577 | + | Email/Text: bankruptcy@moneykey.com | Apr 16 2025 19:43:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5042461 | | EDI: AGFINANCE.COM | Apr 16 2025 23:40:00 | ONEMAIN FINANCIAL GROUP, LLC AS SERVICER FOR, SPRINGLEAF FUNDING TRUST 2017-A, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5033579 | + | EDI: AGFINANCE.COM | Apr 16 2025 23:40:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5049130 | | Email/Text: perituselevate@peritusservices.com | Apr 16 2025 19:43:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5049798 | | EDI: LCIPHHMRGT | Apr 16 2025 23:40:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5058347 | + | EDI: JEFFERSONCAP.COM | Apr 16 2025 23:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5045034 | | EDI: Q3G.COM | Apr 16 2025 23:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5033580 | | Email/Text: bankruptcy@republicfinance.com | | |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: ntcdsm | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2025 19:44:00 | Republic Finance, 1833 Highway 45 N, Columbus, MS 39705 |
| 5050406 | | Email/Text: bankruptcy@republicfinance.com | Apr 16 2025 19:44:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5033581 | + | EDI: PHINELEVATE | Apr 16 2025 23:41:00 | Rise Credit of MS, 4150 International Pla, Ste 300, Fort Worth, TX 76109-4819 |
| 5033583 | | Email/Text: bankruptcy_department@clacorp.com | Apr 16 2025 19:43:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5033582 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2025 19:43:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5046046 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2025 19:43:00 | Santander Consumer USA Inc., 1601 Elm St Ste 800, Dallas TX 75201-7260 |
| 5058779 | + | Email/Text: bncmail@w-legal.com | Apr 16 2025 19:43:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 5033584 | + | Email/Text: bkinfo@ccfi.com | Apr 16 2025 19:43:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5040614 | + | Email/Text: bkinfo@ccfi.com | Apr 16 2025 19:43:00 | Speedy/Rapid Cash, P.O. Box 782260, Wichita, KS 67278-2260 |
| 5033587 | | Email/Text: bankruptcy@towerloan.com | Apr 16 2025 19:43:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5033585 | | EDI: WTRRNBANK.COM | Apr 16 2025 23:40:00 | Target Card Svcs, 3901 W 53rd St, Sioux Falls, SD 57106-4216 |
| 5033586 | + | EDI: TCISOLUTIONS.COM | Apr 16 2025 23:40:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5115142 | + | EDI: AISACG.COM | Apr 16 2025 23:40:00 | Wollemi Acquisitions, LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PHH Mortgage Corporation |
| cr | *+ | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 5056693 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham MD 21236-5904 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Apr 16, 2025 | Form ID: ntcdsm | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Eric C Miller | on behalf of Creditor PHH Mortgage Corporation logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor James Andrew Livingston jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Andrew Livingston trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 7

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 21−51005−KMS
Chapter: 13

In re:
    James Andrew Livingston
    4719 Gibson Rd Unit B
    Ocean Springs, MS 39564

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5515

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on April 16, 2025.

Dated: 4/16/25

    Danny L. Miller, Clerk of Court
    Dan M. Russell, Jr. U.S. Courthouse
    2012 15th Street, Suite 244
    Gulfport, MS 39501
    228−563−1790